FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:25 pm, Jun 10, 2021
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ______________________________
(To be supplied by the court)

Rex Allen Frederickson ______________________________, Plaintiff

v.

Dustin Kenneth, other unknown actors or conspititors ______________________________,

______________________________,

______________________________,

______________________________, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other**

**materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Rex A. Frederickson
(Name and complete mailing address)

970 744 8175
(Telephone number and e-mail address)

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Dustin Kenneth
(Name and complete mailing address)

dustinkenneth159@gmail.com
(Telephone number and e-mail address if known)

Defendant 2: unknown actors or conspirators
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3:
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4:
(Name and complete mailing address)

(Telephone number and e-mail address if known)

/

C. **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

18USC2261A

___________________________________________

__x__ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of colorado.

If Defendant 1 is an individual, Defendant 1 is a citizen of montana.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ______________ (name of state or foreign nation).

Defendant 1 has its principal place of business in ______________ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Harassment and stalking as described in Montana Code Annotated (MCA), § 45-5-220, 45-5-221. Malicious intimidation or harassment relating to civil or human rights cyberstalking also may be prosecuted under 47 U.S.C. 223. One provision of this statute makes it a federal crime, punishable by up to two years in prison, to use a telephone or telecommunications device to annoy, abuse, harass, or threaten any person at the called number. The statute also requires that the perpetrator not reveal his or her name. See 47 U.S.C. 223(a)(1)(C). Although this statute is broader than 18 U.S.C. 875 -- in that it covers both threats and harassment -- Section 223 applies only to direct communications between the perpetrator and the victim. Thus, it would not reach a cyberstalking situation where a person harasses or terrorizes another person by posting messages on a bulletin board or in a chat room encouraging others to harass or annoy another person. Moreover, Section 223 is only a misdemeanor, punishable by not more than two years in prison.

Federal law provides some tools to combat cyberstalking. Under 18 U.S.C. 875(c), it is a federal crime, punishable by up to five years in prison and a fine of up to $250,000, to transmit any communication in interstate or foreign commerce containing a threat to injure the person of another. Section 875(c) applies to any communication actually transmitted in interstate or foreign commerce - thus it includes threats transmitted in interstate or foreign commerce via the telephone, e-mail, beepers, or the Internet. This is the statute under which Jake Baker was charged.

Supporting facts:

Defendant has and continues to harass the plaintiff on line and by making false reports to local authorities.

On or about 6,9,2021 Dustin Kennith did threaten me with violence, He also encouraged others to take violence against me. **https://www.youtube.com/watch?v=kVj44RkSeG0** .

**In addition the following videos are directed at me and is slanderous in presentation. The context has been removed by carefully editing content so as to appear self incriminating. https://www.youtube.com/watch?v=btksTu4bahg , https://www.youtube.com/watch?v=k7psmh-XRP0&t=61s , https://www.youtube.com/watch?v=0Ibnc8EnJu0 , https://www.youtube.com/watch?v=j0njwL46Xfk , https://www.youtube.com/watch?v=m2tr5PYqemU/ , https://www.youtube.com/watch?v=Vp4FXnMuc4M ,**

**https://www.youtube.com/watch?v=y_ZWnSoDQA4 , https://www.youtube.com/watch?v=fxi0S--Tz0U , https://www.youtube.com/watch?v=AMHRvFj2a3w , https://www.youtube.com/watch?v=d58cWZfTVJs , https://www.youtube.com/watch?v=_J2u7YXjtNY , https://www.youtube.com/watch?v=5WnY7kJILUI , https://www.youtube.com/watch?v=e1zdDWmCTaI , https://www.youtube.com/watch?v=89qr4NaWudg , https://www.youtube.com/watch?v=xbbZHq49gls , https://www.youtube.com/watch?v=d58cWZfTVJs**

**I fact well over 80% of his channel is dedicated to slander and defamation.**

**On On or about 6,9,2021 Dustin Kennith did claim I had sexual relations with an unknown party allegedly under age. He further claimed this is proven in court, he then retracted or corrected himself in saying that he has the evidence and I will be going to jail due to his efforts and investigation. All the time claiming it is true without any possible evidence or producing the same.**

Dustin Kenneth has a pattern of behavior that intimidates me and encourages others to either enjoin the harassment or to perform acts of violence against me.

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

1. PROTECTION ORDER
2. 1.5 MILLION US DOLLARS

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

________________________________
(Plaintiff's signature)