**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01576-GPG

REX ALLEN RICHARDSON,

Plaintiff,

v.

DUSTIN KENNETH, and
OTHER UNKNOWN ACTORS OR CONSPIRATORS,

Defendants.

---

**ORDER TO VACATE THE JUNE 14, 2021, ORDER TO CURE DEFICIENCIES AND TO ENTER A REVISED ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff Rex Allen Frederickson currently resides in Fort Collins, Colorado. On June 10, 2021, Plaintiff initiated this action by filing *pro se* a Complaint, ECF No. 1, and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 2. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

Plaintiff is informed that he may choose to contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:

(1) ___ is not submitted

(2) ___ is not on proper form (must use the Court's current form)
(3) ___ is missing date by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete; Plaintiff has failed to complete all sections of the form
(6) ___ affidavit is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other: Plaintiff has not completed all pages of the Application to Proceed in District Court without Prepaying Fees or Costs Court-approved form.

**Complaint or Petition**:

(9) ___ is not submitted
(10) ___ is not on proper form (Plaintiff does not assert claims that involve employment discrimination. To the extent Plaintiff's claims are properly before this Court, they must be submitted on a "Complaint Form (General Complaint)".
(11) _X_ is missing an original signature by the Plaintiff
(12) ___ is incomplete
(13) ___ uses et al. instead of listing all parties in caption
(14) ___ names in caption do not match names in text of Complaint
(15) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) __ other:

Accordingly, it is

ORDERED that the June 14, 2021, Order to Cure Deficiencies is vacated. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Complaint and Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) Court-approved forms, along with the applicable instructions, at www.cod.uscourts.go for use in curing the deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED July 20, 2021, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge