IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01576-GPG

REX ALLEN FREDERICKSON,

Plaintiff,

DUSTIN KENNETH, and
OTHER UNKNOWN ACTORS OR CONSPIRATORS,

Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff Rex Allen Frederickson initiated this action on June 10, 2021, by filing *pro se* a Complaint, ECF No. 1, and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 3. Plaintiff did not include a mailing address in either filing.

On June 14, 2021, Magistrate Judge Gordon P. Gallagher entered an Order to Cure Deficiencies, ECF No. 4. Subsequently, on July 20, 2021, Magistrate Judge Gallagher ordered the June 14, 2021, Order vacated. *See* ECF No. 5. The June 14 Order inadvertently referred to an improper form for Plaintiff to use to cure the deficiencies identified in the Order. *See id.* In the July 20 Order, Magistrate Judge Gallagher directed Plaintiff to file an Amended Civil Complaint and an Application to Proceed in District Court without Prepaying Fees or Costs (Long Form). ECF No. 5. As the June 14 Order instructed Plaintiff, the July 20 Order directed Plaintiff to complete all pages of the Application to Proceed in District Court without Prepaying Fees or Costs, and to provide a civil complaint that is signed by Plaintiff. Plaintiff was warned
#



#

that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. ECF No. 5.

Plaintiff now has failed to cure the deficiencies within the time allowed. The Court, therefore, will dismiss the Complaint and action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, in forma pauperis status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal, he must also pay the full $505.00 appellate filing fee or file a motion to proceed in forma pauperis in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the July 20, 2021,Order, within the time allowed, and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 24th day of August, 2021.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

#



#